UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER McCLOUD,

               Plaintiff,

     v.                                  9:07-CV-0650

C. TUREGLIO, Correctional Officer,
Greene Correctional Facility,

               Defendant.
_____

APPEARANCES:                               OF COUNSEL:

CHRISTOPHER McCLOUD, 06-R-5154
Wallkill Correctional Facility
Box G
Wallkill, NY 12589
Plaintiff, *Pro Se*

HON. ANDREW M. CUOMO            CHARLES J. QUACKENBUSH, ESQ.
Attorney General for the State of New York   Assistant Attorney General
The Capitol
New York, NY 12224
Counsel for Defendant

NORMAN A. MORDUE, CHIEF JUDGE

<u>ORDER</u>

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 17th day of March 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The Defendant's motion to dismiss for failure to state a claim (Dkt. No. 11)[1] is granted.

3.  The Court certifies that any appeal of this order would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

4.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated:   April 15, 2008
            Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

---

[1] The Magistrate Judge's Report-Recommendation inadvertently refers to Defendant's motion to dismiss as Dkt. No. 42 on page 35.  The correct Dkt. No. is 11 as referred to throughout the Report-Recommendation.